**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JASON THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>FLINT GROUP, LLC,<br><br>    Defendant. | Case No.<br><br>**Removed From:**<br>The Court of Common Pleas for<br>Butler County, Ohio<br>Case No. CV 2021 12 1908 |

## NOTICE OF REMOVAL

Defendant, Flint Group, LLC ("Flint" or "Defendant"), by and through its attorneys, Baker & McKenzie LLP, hereby removes the above-captioned action, which is currently pending in the Court of Common Pleas for Butler County, Ohio, to the United States District Court for the Southern District of Ohio, Western Division. This Court has jurisdiction over this action based on diversity principles pursuant to 28 U.S.C. § 1332(a), and 28 U.S.C. §§ 1441 and 1446. Removal is proper for the following reasons:

## BACKGROUND

1.      On December 22, 2021, Plaintiff Jason Thomas ("Plaintiff") filed a lawsuit against Defendant in the Court of Common Pleas for Butler County, Ohio, Case No. CV 2021 12 1908.

2.      On December 30, 2021, Defendant was served with a copy of the Summons and Complaint, which was Defendant's first formal notice of this action. A true and correct copy of the Complaint and Summons are attached hereto as **Exhibit A**.

3.      The Complaint alleges that Defendant terminated Plaintiff's employment in violation of Ohio's Whistleblower Protection Act and public policy, and in retaliation for filing a

workers' compensation claim. (*See* Compl. ¶¶ 51-81.)

4.      Plaintiff seeks compensatory and monetary damages to compensate him for alleged "physical injury, physical sickness, lost wages, emotional distress, and other consequential damages, in an amount in excess of $25,000 per claim to be proven at trial," punitive damages "in an amount in excess of $25,000," attorneys' fees and costs, and certain injunctive relief. (Compl., Demand For Relief.)[1]

## TIMELINESS OF REMOVAL

5.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446, because it is filed within thirty (30) days of Defendant's receipt of the Summons and Complaint.

6.      No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

7.      Defendant has not yet filed an Answer or otherwise appeared in the Court of Common Pleas for Butler County.

## JURISDICTION UNDER DIVERSITY PRINCIPLES

8.      District courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states. 28 U.S.C. § 1332(a). That standard is met in this action.

9.      A limited liability company has the citizenship of each of its members. *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).

10.     The sole member of Defendant Flint Group, LLC is Aster Corp.

11.     A corporation is a citizen of its state of incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332(c). A corporation's principal place of business is

---

[1] Defendant denies that Defendant in any way violated any laws or public policy and further denies that Plaintiff is entitled to any damages whatsoever.

where its officers direct, control, and coordinate the corporation's activities. *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

12. Aster Corp. is a corporation formed under the laws of Delaware and its principal place of business is in Michigan. Aster Corp.'s officers direct, control, and coordinate its activities from Flint Group, LLC's corporate headquarters in Livonia, Michigan. Therefore, Aster Corp. is a citizen of Delaware and Michigan.

13. Defendant Flint Group, LLC has the citizenship of its sole member, Aster Corp. Thus, Flint Group, LLC is a citizen of Delaware and Michigan.

14. Plaintiff is a citizen of Ohio. (Compl. ¶ 1.)

15. The requirements for diversity are satisfied because Defendant is a citizen of Delaware and Michigan, and Plaintiff is a citizen of a different state, Ohio.

16. Additionally, Plaintiff's Complaint shows that the amount in controversy in this action exceeds the jurisdictional minimum of $75,000.

17. Plaintiff seeks monetary damages "in an amount in excess of $25,000 per claim to be proven at trial," plus punitive damages "in an amount in excess of $25,000." (Compl., Demand For Relief.) Plaintiff's Complaint sets forth three claims, and thus, he expressly states that he is seeking over $100,000 in this action. (*See id.*)

18. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), based on the parties' diversity of citizenship and the amount in controversy exceeding $75,000, exclusive of interest and costs.

## VENUE

19. Venue is proper in this district, pursuant to 28 U.S.C. §§ 1441(a) and 115(b)(1), because the District Court for the Southern District of Ohio, Western Division, is the judicial

district and division embracing Butler County, where the state court case is pending.

## **NOTICE OF REMOVAL**

20. Pursuant to 28 U.S.C. § 1446(a), Defendant is filing copies of all process, pleadings, and orders existing on file in the Court of Common Pleas for Butler County, Ohio, Case No. CV 2021 12 1908. *See* Ex. A.

21. This Notice of Removal is concurrently being served on Plaintiff, and Defendant shall promptly file with this Court a certificate of service of such notice.

22. Defendant files this Notice of Removal solely for the purpose of removing the instant action and does not waive, and specifically reserves, any and all defenses.

WHEREFORE, Defendant Flint Group, LLC respectfully requests that the above action, now pending in the Court of Common Pleas for Butler County, Ohio, Case No. CV 2021 12 1908, be removed to the United States District Court for the Southern District of Ohio, Western Division.

*Signature block on following page.*

Dated:  January 27, 2022

Respectfully submitted,

Flint Group, LLC

*/s/ Drew C. Piersall*
Drew C. Piersall (0078085)
dcp@zrlaw.com
Zashin & Rich Co., L.P.A.
17 South High Street, Suite 900
Columbus, Ohio 43215
Telephone: (614) 224-4411
Facsimile: (614) 224-4433

One of Defendant's Attorneys

William F. Dugan, *pro hac vice forthcoming*
Remy D. Snead, *pro hac vice forthcoming*
**BAKER & MCKENZIE LLP**
300 E. Randolph St., Suite 5000
Chicago, IL 60605
Telephone: +1 312 861 8000
Facsimile: +1 312 861 2899
*william.dugan@bakermckenzie.com*
*remy.snead@bakermckenzie.com*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, the foregoing Notice of Removal and all exhibits were filed with the Court via ECF filing, and that I served the foregoing Notice of Removal and all exhibits thereto via e-mail and U.S. mail, postage prepaid, on:

Evan R. McFarland
Matthew G. Bruce
Brianna R. Carden
The Spitz Law Firm, LLC
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
*Matthew.Bruce@SpitzLawFirm.com*
*Evan.McFarland@SpitzLawFirm.com*
*Brianna.Carden@SpitzLawFirm.com*
*Attorneys for Plaintiff*

*/s/ Drew C. Piersall*
Drew C. Piersall (0078085)

6